**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00651-CV

## IN THE INTEREST OF R.M. AND R.M., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-52721-07**

## ORDER

On November 30, 2015, we granted appellant's November 24, 2015 motion to extend time to file an amended brief based on her representation she was requesting "now" a supplemental clerk's record "supportive to the main claims of abuse of discretion." We subsequently abated the appeal for a hearing in the trial court concerning the reporter's record and reinstated the appeal on March 2, 2016, following that hearing.

In our order of reinstatement, we directed Collin County District Clerk Yoon Kim to file, no later than March 11, 2016, the supplemental clerk's record appellant had requested in November 2015 and directed appellant to file her amended brief no later than April 5, 2016. Mr. Kim did not file a record, and on April 4, 2016, appellant filed a motion seeking the deadline for filing her amended brief be extended to thirty days from the filing of the supplemental clerk's record.

Since appellant filed her extension motion, however, Mr. Kim has provided written verification that appellant did not request a supplemental record in November 2015. Accordingly, we **GRANT** appellant's motion to the extent we **ORDER** the brief be filed no later than May 3, 2016.  No further extensions will be granted absent exigent circumstances.


/s/    CRAIG STODDART
JUSTICE